PROB 12C
(6/16)

Report Date: June 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Angelo Marcell Weston          Case Number: 0980 1:17CR02050-SAB-1

Address of Offender: ██████████████  Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 24, 2018

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3) and 1153 |
| Original Sentence: | Prison - 51 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: August 20, 2021 |
| Defense Attorney: | Michael William Lynch |
| | Date Supervision Expires: August 19, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On August 23, 2021, supervised release conditions were reviewed and signed by Mr. Weston acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Weston is alleged to have violated his conditions of supervised release by being charged with violation of a no contact order on June 21, 2024.<br><br>On June 21, 2024, according to Yakima Police Department (YPD) narrative report 24Y019240, a YPD officer was dispatched to a residence in response to a domestic violence call that was reported as verbal in nature, and later identified as a violation of a no contact order. When the officer arrived at the home, he was informed that Mr. Weston lived with them and had fled the home on foot. After conducting a search of the area, YPD officers located Mr. Weston a few houses north of the residence. Mr. Weston was taken into custody, searched, and placed in the back of the YPD vehicle. After being read his Miranda Rights, Mr. Weston invoked his right not to speak with the officer. |

Prob12C
Re: Weston, Angelo Marcell
June 26, 2024
Page 2

        Mr. Weston was then transported to Memorial Hospital to be medically cleared due to his high level of alcohol intoxication. Mr. Weston was medically cleared and booked into Yakima City Jail. A citation for no contact order violation was issued at that time.

        On June 24, 2024, Mr. Weston appeared for his arraignment and probable cause was found for no contact order violation. Mr. Weston bail is set at $1,000. A status conference is scheduled for July 9, 2024 at 1:30 p.m. Mr. Weston remains in custody at Yakima City Jail.

2        **Special Condition #7:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence:** Mr. Weston is alleged to have violated his conditions of supervised release by consuming alcohol on June 21, 2024.

        Please refer to narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 26, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/27/2024

Date